# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Affirmative Insurance Holdings, Inc., et al. | : : : | Chapter 7 |
| | : | Case No. 15-12136 (CSS) |
| Debtors. | : : | Jointly Administered |
| _____ | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Appellant, | : : | |
| v. | : : | C. A. No. 19-2034-RGA |
| DON A. BESKRONE, | : : | Bankruptcy BAP No. 19-59 |
| Appellee. | : : | |

## **RECOMMENDATION**

At Wilmington this **2ⁿᵈ** day of **December, 2019**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from by letter from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

The dispute relates solely to a question of statutory interpretation and the parties are fully aware of each other's positions. The Bankruptcy Court's opinion is extremely

problematic for the Internal Revenue Service and all state and local government entities that assess and collect corporate income taxes. The Trustee is aware of the United States' concerns and is willing to forgo mediation to expedite what will likely be an extended appeals process. The parties are in agreement for removal of this matter from mandatory mediation. They propose the following briefing schedule:

| | |
|---|---|
| United States Opening brief | January 31, 2020 (or 60 days from the date of this Recommendation |
| Trustee's Response brief | April 7, 2020 (or 67 days after the Opening brief) |
| United States Reply brief | May 14, 2020 (or 37 days after the Trustee's brief). |

The extended briefing schedule noted above is requested due to the possible participation by state attorneys general and bankruptcy trustees as amicus curiae.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. No objections are anticipate pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 since this Recommendation is consistent with the parties' request.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge